# Court of Appeals
# of the State of Georgia

ATLANTA, April 13, 2018

*The Court of Appeals hereby passes the following order*

**A18I0152. BIG CANOE COMPANY, LLC v. STEVEN J. PAPKE et al..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2017SUCV212



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta, April 13, 2018.*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*